IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01253-PAB-BNB

HOME DESIGN SERVICES, INC.,

Plaintiff,

v.

ARMAND C. HUGHES, INDIVIDUALLY AND D/B/A MONDO BUILDERS,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Modify Scheduling Order** [docket no. 27, filed November 4, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

> The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 7, 2009**;
>
> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 15, 2010**.

DATED:  November 5, 2009